# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01732-JLK-MJW

LUCAS MARTINEZ,

    Plaintiff,

v.

POINT OF THE PINES GARDENS, LLC

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE
---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. 30).

The Court has reviewed the Stipulation and ORDERS as follows:

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and fees.

Now that all claims have been resolved, this matter is dismissed in its entirety and the Clerk of the Court is directed to close this case.

DATED: March 28, 2016.

                                        BY THE COURT:

                                        */s/ John L. Kane*
                                        John L. Kane
                                        Senior United States District Judge